# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re:                                    §
                                          §
                                          §
WILLIAMS, NANCY E.                        §       Case No. 12-33470
                                          §
              Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of            $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/21/2014 and the deadline for filing governmental claims was 01/21/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,550.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,550.00 , for a total compensation of $ 2,550.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.12 , for total expenses of $ 22.12 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/04/2014        By: _____
                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) (Page: 2)

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | |
|---|---|---|
| Case No: 12-33470 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: WILLIAMS, NANCY E. | Date Filed (f) or Converted (c): | 08/23/12 (f) |
| | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: 11/03/14 | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 181 Washo Court, Lake Zurich IL 60047 | 321,000.00 | 0.00 | | 18,000.00 | FA |
| 2. Timeshare in Arruba | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account | 495.00 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| 4. Family room furniture, kitchen furniture, dining r | 1,000.00 | 0.00 | | 0.00 | FA |
| Family room furniture, kitchen furniture, dining room table, four bedroom sets, 1 computer, two televisions | | | | | |
| 5. Women's clothes, shoes and coats | 200.00 | 0.00 | | 0.00 | FA |
| Women's clothes, shoes and coats | | | | | |
| 6. Term Life Insurance - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance - No Cash Value | | | | | |
| 7. 2010 Nissan Maxima - 15,000 miles | 23,050.00 | 0.00 | | 0.00 | FA |
| 2010 Nissan Maxima - 15,000 miles | | | | | |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $347,745.00   $0.00   $18,000.00   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS DETERMINED THAT THERE MAY BE QUITY IN THE DEBTORS RESIDENCE.  THE TRUSTEE IS SELLING HIS RIGHT,TITLE AND INTEREST FOR $18,000.00.  TRUSTEE HAS ENTERED ORDER FORT SALE OF BUSINESS AND IS WAITING FOR CLAIMS BAR DATE TO EXPIRE - January 17, 2014.  TRUSTEE IS DRAFTING HIS TFR AND NFR AND SUBMITTING IT TO THE UST FOR REVIEW - Nov. 4, 2014.

Initial Projected Date of Final Report (TFR): 08/31/15    Current Projected Date of Final Report (TFR): 08/30/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-33470 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | WILLIAMS, NANCY E. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******5654 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7791 | | |
| For Period Ending: | 11/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/06/13 | 1 | NANCY WILLIAMS | Sale proceeds | 1110-000 | 18,000.00 | | 18,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.58 | 17,978.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.73 | 17,951.69 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.69 | 17,925.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.07 | 17,900.93 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 26.00 | 17,874.93 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.61 | 17,848.32 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.69 | 17,822.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.50 | 17,796.13 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.60 | 17,770.53 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.42 | 17,744.11 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.38 | 17,717.73 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.49 | 17,692.24 |

| | | | |
| --- | --- | --- | --- |
| COLUMN TOTALS | 18,000.00 | 307.76 | 17,692.24 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,000.00 | 307.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,000.00 | 307.76 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account (Non-Interest Earn - *******5654 | 18,000.00 | 307.76 | 17,692.24 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,000.00 | 307.76 | 17,692.24 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |
| Page Subtotals | 18,000.00 | 307.76 | |

FORM 2

Page: 2

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-33470 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | WILLIAMS, NANCY E. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5654 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7791 | | | |
| For Period Ending: | 11/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account (Non-Interest Earn - *******5654 | | Transfers) | To Debtors) | On Hand |

| | | | Page Subtotals | 0.00 | 0.00 | |
|---|---|---|---|---|---|---|

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: November 04, 2014 |

Case Number:  12-33470  
Debtor Name:  WILLIAMS, NANCY E.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $2,572.12 | $2,572.12 |
| 001 3110-00 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,848.00 | $1,848.00 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $26.00 | $26.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $15,660.38 | $15,660.38 |
| | Case Totals: | | | $0.00 | $20,106.50 | $20,106.50 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                    Exhibit D

Case No.: 12-33470
Case Name: WILLIAMS, NANCY E.
Trustee Name: JOSEPH E. COHEN

       Balance on hand                                                $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys for Trustee | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses             $_____

    Remaining Balance                                                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE