UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
WILLIAMS, NANCY E. § Case No. 12-33470
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on              . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/JOSEPH E. COHEN_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| **TOTAL GROSS RECEIPTS** | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 9001871 Louisville, KY 40290 | | | | | |
| | Harris Bank PO Box 755 Chicago, IL 60690 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL, ATTORNEYS FOR TRUSTEE | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Good Shepherd c/o Harris & Harris 222 Merchandise Mart Plaza Chicago, IL 60654 | | | | | |
| | Bank of America PO Box 8510001 Dallas, TX 75285 | | | | | |
| | Chase P.O. Box 15548 Wilmington, DE 19886 | | | | | |
| | Discover PO Box 6103 Carol Stream, IL 60197 | | | | | |
| | Home Depot Credit Services PO Box 182676 Columbus, OH 43218-2676 | | | | | |
| | Medical Business Bureau PO Box 1219 Park Ridge, IL 60068-7219 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-33470 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | WILLIAMS, NANCY E. | | | Date Filed (f) or Converted (c): | 08/23/12 (f) |
| | | | | 341(a) Meeting Date: | 09/27/12 |
| For Period Ending: | 04/02/15 | | | Claims Bar Date: | 01/21/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 181 Washo Court, Lake Zurich IL 60047 | 321,000.00 | 0.00 | | 18,000.00 | FA |
| 2. Timeshare in Arruba | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account | 495.00 | 0.00 | | 0.00 | FA |
| Chase Checking Account | | | | | |
| 4. Family room furniture, kitchen furniture, dining r | 1,000.00 | 0.00 | | 0.00 | FA |
| Family room furniture, kitchen furniture, dining room table, four bedroom sets, 1 computer, two televisions | | | | | |
| 5. Women's clothes, shoes and coats | 200.00 | 0.00 | | 0.00 | FA |
| Women's clothes, shoes and coats | | | | | |
| 6. Term Life Insurance - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| Term Life Insurance - No Cash Value | | | | | |
| 7. 2010 Nissan Maxima - 15,000 miles | 23,050.00 | 0.00 | | 0.00 | FA |
| 2010 Nissan Maxima - 15,000 miles | | | | | |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $347,745.00 | $0.00 | $18,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

ALL CHEACKS HAVE CLEARED THE BANK AND THE TRUSTEE IS SUBMITTING HIS TDR - April 2, 2015.  TFR HAS BEEN FILED WITH THE
COURT AND A FINAL HEARING SET - Jan. 17, 2015.  TRUSTEE HAS DETERMINED THAT THERE MAY BE QUITY IN THE DEBTORS RESIDENCE.
THE TRUSTEE IS SELLING HIS RIGHT,TITLE AND INTEREST FOR $18,000.00.  TRUSTEE HAS ENTERED ORDER FORT SALE OF BUSINESS
AND IS WAITING FOR CLAIMS BAR DATE TO EXPIRE - January 17, 2014.  NO CHANGE - April 30, 2014.  TRUSTEE PREPARING HIS
TFR, NFR AND RELATED DOCUMENTS - July 17, 2014.  TRUSTEE TO SUBMIT TFR & NFR TO UST FOR REVIEW - Oct. 25, 2014.

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-33470   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WILLIAMS, NANCY E. | Date Filed (f) or Converted (c): | 08/23/12 (f) |
| | | 341(a) Meeting Date: | 09/27/12 |
| | | Claims Bar Date: | 01/21/14 |

Initial Projected Date of Final Report (TFR): 08/31/15    Current Projected Date of Final Report (TFR): 08/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-33470 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WILLIAMS, NANCY E. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5654 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7791 | | | |
| For Period Ending: | 04/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/06/13 | 1 | NANCY WILLIAMS | Sale proceeds | 1110-000 | 18,000.00 | | 18,000.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.58 | 17,978.42 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.73 | 17,951.69 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.69 | 17,925.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 24.07 | 17,900.93 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 26.00 | 17,874.93 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.61 | 17,848.32 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.69 | 17,822.63 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.50 | 17,796.13 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.60 | 17,770.53 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.42 | 17,744.11 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 26.38 | 17,717.73 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.49 | 17,692.24 |
| 01/12/15 | 300002 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602<br><br>Fees      2,550.00<br>Expenses    22.12 | Trustee Fees<br>Trustee Fees<br><br><br>2100-000<br>2200-000 | | | 2,572.12 | 15,120.12 |
| 01/12/15 | 300003 | COHEN & KROL, Attorneys for Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 1,232.00 | 13,888.12 |
| 01/12/15 | 300004 | JOSEPH E. COHEN, Attorney<br>105 West Madison Street<br>Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 616.00 | 13,272.12 |
| 01/12/15 | 300005 | Discover Bank | Claim 000001, Payment 84.74967% | 7100-000 | | 13,272.12 | 0.00 |

Page Subtotals       18,000.00       18,000.00

Ver: 18.04

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-33470 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | WILLIAMS, NANCY E. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5654 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7791 | | | |
| For Period Ending: | 04/02/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | | | | | |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 18,000.00 | 18,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 18,000.00 | 18,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 18,000.00 | 18,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********5654 | 18,000.00 | 18,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,000.00 | 18,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*